IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS RICHARDSON, JR.,**

**Plaintiff,**

**v.**

**LT. CHAD JENNINGS,**

**Defendant.**                                           **No. 03-CV-869-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

      This matter comes before the Court on Plaintiff's oral motion to extend the time to file a notice of appeal.  Plaintiff is an inmate within the Illinois Department of Corrections.  He filed suit against Defendant alleging violations of his civil rights pursuant to **42 U.S.C. § 1983**. (Doc. 1.)  On January 17, 2007, a jury found in favor of Defendant.  Following the Court's reading of the jury's verdict, Defendant's counsel made a motion to extend the time to file a notice of appeal.  The Court took Defendant's motion under advisement.

      Under **Federal Rule of Appellate Procedure 4(a)(1)(A)**, a notice of appeal must be filed with the district court within 30 days after judgment has been entered.  Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure states:

> The district court may extend the time to file a notice of appeal if:
> (a) a party so moves no later than 30 days after the time prescribed by
> this Rule 4(a) expires; and

(b). . . that party shows excusable neglect or good cause.

**Fed. R. App. P. 4(a)(5)(A)**.

Plaintiff's motion is certainly timely. Furthermore, because of Plaintiff's appearance at his jury trial, Plaintiff will not be returned to the facility in which he is permanently housed within the Illinois Department of Corrections' system for several days. Plaintiff states, therefore, that he will not be able to gain access to the documents he will need in order to file an appeal. For this reason, the Court finds there is good cause for Plaintiff's motion to extend the time to file his notice of appeal. Accordingly, the Court **GRANTS** Plaintiff's motion to extend the time to file his notice of appeal. Judgment in this case was entered on January 18, 2007. The Court will **ALLOW** Plaintiff an additional fifteen (15) days in which to filed his notice of appeal. Therefore, Plaintiff has until Monday, March 5, 2007 to file his notice of appeal.

In addition, the Court wishes to advise Plaintiff that if he intends to proceed *in forma pauperis* upon appeal, he must file a motion to proceed *in forma pauperis* on appeal, along with: 1) an affidavit that includes a statement of all assets Plaintiff possesses, the nature of the appeal, and the affiant's belief that Plaintiff is entitled to redress. ***See* 28 U.S.C. § 1915(a)(1).** In addition, Plaintiff must submit a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of the notice of appeal, obtained from the appropriate official of each prison at which Plaintiff has been confined. ***See* 28 U.S.C. § 1915(a)(2)**. However, the Court also wishes to inform Plaintiff that even if

his motion to appeal *in forma pauperis* is granted, he shall still be required to pay the full filing fee over time, unless he has no assets and no means by which to pay the fee.  *See* **28 U.S.C. § 1915(b)**.

    **IT IS SO ORDERED.**

    Signed this 18th day of January, 2007.

/s/     David  RHerndon
**United States District Judge**
