IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS RICHARDSON, JR.,**

**Plaintiff,**

v.

**LT. CHAD JENNINGS,**

**Defendant.**                                              **No. 03-CV-869-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

     Before the Court is Nakeyia S. Williams, Lauren E. Goodkin, and the law firm of Bryan Cave, LLP's ("Counsel") motion to withdraw as counsel in the above-captioned matter. (Doc. 86.)  Counsel was appointed to represent Plaintiff for the limited purposes of the final pretrial conference and trial proceedings.  Trial in this matter concluded on January 17, 2007.  Therefore, the Court **GRANTS** Counsel's motion (Doc. 86) and **WITHDRAWS** Attorneys Williams and Goodkin and the law firm of Bryan Cave, LLP from this matter.

     **IT IS SO ORDERED.**

     Signed this 25th day of January, 2007.

                                                     /s/       David   RHerndon
                                        **United States District Judge**