IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS RICHARDSON, JR.,**

**Plaintiff,**

v.

**LT. CHAD JENNINGS,**

**Defendant.**                                                          **No. 03-CV-869-DRH**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Pending before the Court is a motion for costs (Doc. 89) submitted by Plaintiff's counsel, Nakeyia S. Williams, who was court-appointed to represent Plaintiff in this matter. Ms. Williams moves the Court for reimbursement of out-of-pocket expenses in the amount of $1,000.00 pursuant to the Plan for the Administration of the District Court Fund, Administrative Order 83 of this District. Said motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 12th day of February, 2007.

/s/       David    Rherndon
**United States District Judge**