IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS RICHARDSON, JR., Inmate #N-60371**

**Plaintiff,**

**v.**  **Civil No. 03-869-DRH**

**LT. CHAD JENNINGS,**  **Appeal No. 07-1398**

**Defendant.**

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis* on appeal. (Doc. 103.) While the Court finds that Plaintiff is indigent, the Court is unable to certify that this appeal is taken in good faith. ***See* 28 U.S.C. § 1915(a)(3)**.

Plaintiff asserts in his affidavit in support of his motion that the issues that he wishes to pursue on appeal are "prejudice/impartial jurors, ineffective assistance of counsel, trial court errors and abuse of discretion by judge." (Doc. 103, Affidavit, p. 1.) Plaintiff does not provide any examples or arguments in support of these bald assertions. On the basis of these unsupported assertions alone, the Court is unconvinced that Plaintiff undertakes this appeal in good faith. Therefore,

Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 103) is **DENIED**.

**IT IS SO ORDERED.**

Signed this 12th day of July, 2007.

/s/      David   RHerndon
**United States District Judge**